JOSEPH CAMPAU *versus* FRANCIS LASSELLE, SURVIVING PARTNER OF JAMES & FRANCIS LASSELLE.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Motion for rule to assign errors *p. 226; (2) case argued, submitted *p. 336; (3) argued, submitted *p. 420; (4) judgment reversed *p. 428.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors, joinder.
*1824–36 Calendar,* MS p. 165.